## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE District of Florida

Case Number: 6:24-CV-614-CEM-EJK

Plaintiff:
**MICHAEL R. MCNEIL**

vs.

Defendant:
**SHARPE HOLDINGS, LLC; ET AL**

For:
JOE QUICK
LAW OFFICE OF JOE QUICK, P.A.
1224 S. PENINSULA DRIVE
#619
DAYTONA BEACH, FL 32118

Received by Caplan, Caplan & Caplan Process Servers on the 28th day of June, 2024 at 1:07 pm to be served on **SHARPE HOLDINGS, LLC BUSINESS FILINGS INCORPORATED - REGISTERED AGENT, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, Luzeneida Gonzalez, do hereby affirm that on the **28th day of June, 2024** at **2:13 pm, I:**

served a **CORPORATION, REGISTERED AGENT** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **BUSINESS FILINGS INCORPORATED** as **REGISTERED AGENT** at the address of: **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324** on behalf of **SHARPE HOLDINGS, LLC BUSINESS FILINGS INCORPORATED - REGISTERED AGENT**, and informed said person of the contents therein, in compliance with Florida State Statute 48.091.

**Additional Information pertaining to this Service:**
BY SERVING DONNA MOCH AS EMPLOYEE OF THE REGISTERED AGENT

I certify that I am over the age of 18, have no interest in the above action, and am a Sheriff Appointed Process Server in good standing in the judicial circuit in which the process was served in the county in which this defendant/witness was served and have no interest in the above action. Under penalty of perjury, I declare that I have read the foregoing Return of Service and that the facts stated in it are true and correct. No notary is required pursuant FS 92.525(2) and 28 USC Section 1746.

_____
**Luzeneida Gonzalez**
1089

**Caplan, Caplan & Caplan Process Servers**
**351 SW 136th Avenue**
**Suite 207**
**Davie, FL 33325**
**(305) 374-3426**

Our Job Serial Number: CPN-2024025541
Service Fee: _____

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a



| DELIVERED | 6/28/2024 2:13 PM |
|---|---|
| SERVER | LG |
| LICENSE | 1089 |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

MICHAEL R. MCNEIL

*Plaintiff(s)*

v.

SHARPE HOLDINGS, LLC, and SCIFOODS LLC, d/b/a STEVO'S PIZZA BAR, et al.,

*Defendant(s)*

Civil Action No. 6:24-cv-614-CEM-EJK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SHARPE HOLDINGS, LLC
Business Filings Incorporated - Registered Agent
1200 South Pine Island Road
Plantation, Florida 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JOE M. QUICK, ESQ.
LAW OFFICE OF JOE QUICK, P.A.
1224 S. PENINSULA DRIVE #619
DAYTONA BEACH, FLORIDA 32118
TELEPHONE (386) 212-3591

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

JessicaRoden

Date: April 3, 2024

*Signature of Clerk or Deputy Clerk*